07 CV 6201

JUDGE HOLWELL

306-07/MEU

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GOLDEN WAVES SHIPPING CO., INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

JUL 0 3 2007
U.S. ... S D N Y
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x    07 CIV.        (    )
GOLDEN WAVES SHIPPING CO., INC.
                                                                       **RULE 7.1 STATEMENT**

                        Plaintiff,

        -against-

LAND AIR & SEA TRANSPORT LIMITED and
HUA DAO SHIPPING (FAR EAST) LTD.,

                        Defendants.
------------------------------------------------------------------x

GOLDEN WAVES SHIPPING CO., INC. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       July 3, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                GOLDEN WAVES SHIPPING CO., INC.

                        By:     _____
                                Michael E. Unger (MU 0045)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Facsimile: (212) 425-1901

NYDOCS1/286162.1