GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*ℓ
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*♦
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
ℓ ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
♦ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

RECEIVED
SEP 14 2007
CHAMBERS OF
RICHARD J. HOLWELL

September 14, 2007

OUR REF: 306-07/MEU

VIA FACSIMILE (212) 805-7948
The Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

Re: **GOLDEN WAVES SHIPPING CO., INC. V. LAND AIR & SEA TRANSPORT LIMITED and HUA DAO SHIPPING (FAR EAST) LTD.**
**07cv6201 (RJH) - SDNY**

Dear Judge Holwell,

We represent the Plaintiff Golden Waves Shipping Co., in the above Rule B maritime attachment action. At the direction of Mr. Donald, we respectfully request the Court schedule a further conference for November 30, 2007 at 10:00 am.

We have managed to obtain some, but not all of the security permitted pursuant to the Court's Order. The London solicitors for the parties are discussing substitute security and we expect that within the next sixty (60) days there will be an agreement in respect of same such that this matter may be voluntarily discontinued.

We thank the Court for its courtesy and consideration.

SO ORDERED
/s/
USDJ
9/19/07

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc
NYDOCS1/290297.1