

GEORGE B. FREEHILL
WILLIAM L. JUSKA JR.
JAMES L. ROSSI
ERIC E. LENCK
JOHN J. WALSH
PATRICK J. BONNER
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN
DON P. MURNANE JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS
MICHAEL E. UNGER
WILLIAM J. PALLAS
GINA M. VENEZIA
BARBARA G. CARNEVALE
MANUEL A. MOLINA
LAWRENCE J. KAHN
JUSTIN T. NASTRO
PAMELA L. SCHULTZ
DANIEL J. FITZGERALD
JILL A. TAFT
MICHAEL C. ELLIOTT

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
‡ALSO ADMITTED IN WASHINGTON, D.C.
§ALSO ADMITTED IN LOUISIANA

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

November 30, 2007

OUR REF: 306-07/MEU



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

VIA FACSIMILE (212) 805-7948
The Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312

Re:   **GOLDEN WAVES SHIPPING CO., INC. V. LAND AIR & SEA TRANSPORT LIMITED and HUA DAO SHIPPING (FAR EAST) LTD.**
      **07cv6201 (RJH) - SDNY**

Dear Judge Holwell,

Further to our telephone conversation this morning with your assistant, Maria, we write to confirm the joint request of Plaintiff and Defendant Hua Dao Shipping (Far East) Ltd. for an adjournment of the conference which had been scheduled in this matter for today at 10:00 AM.

Mr. LeRoy Lambert of the Blank Rome firm has recently been retained on behalf of Defendant Hua Dao whose funds have been restrained in this Rule B attachment action. We have yet to hear from Defendant Land Air & Sea Transport. No appearance has yet been entered on behalf of either Defendant. In order to allow the parties to attempt to resolve the issues, or if they cannot, present a motion schedule to the Court for doing so, we request the Court adjourn the conference to a date to be set by Your Honor.

In considering this request we wish to point out that a conference was previously held on September 14, 2007 at which only plaintiff's counsel attended as at that time we had not been

NYDOCS1/294725.1

The Hon. Richard J. Holwell
November 30, 2007
Page 2

contacted by either Defendant despite having provided prior notice of the conference and restraint of funds being sent to and from Defendant Hua Dao in accordance with Local Rule B.2.

We thank the Court for its courtesy and attention to this request.

        Respectfully submitted,
        FREEHILL HOGAN & MAHAR LLP

        Michael E. Unger

MEU/mc

cc:   VIA FACSIMILE 212 885 5001
     BLANK ROME
     Attorneys for Defendant
     HUA DAO SHIPPING (FAR EAST) LTD.
     Attn: LeRoy Lambert, Esq.

*Conference adjourned to 1/4/08 at 10:00 a.m.*

*SO ORDERED*

*USDJ*

NYDOCS1/294725.1

FREEHILL, HOGAN & MAHAR LLP