GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS H. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA▲
BARBARA C. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◇
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
◇ ALSO ADMITTED IN WASHINGTON, D.C.
▲ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

January 3, 2008

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 359-8377

OUR REF: 306-07/MEU

VIA FACSIMILE (212) 805-7948
The Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312



ECR.

JAN - 3 2008

RICHARD J. HOLWELL

Re:     **GOLDEN WAVES SHIPPING CO., INC. V. LAND AIR & SEA
        TRANSPORT LIMITED and HUA DAO SHIPPING (FAR EAST) LTD.
        07cv6201 (RJH) - SDNY**

Dear Judge Holwell:

On behalf of Plaintiff Golden Waves Shipping and Defendant Hua Dao Shipping we write to jointly request an adjournment of the conference which has been scheduled in this matter for January 4, 2008. We are informed that the parties have reached a settlement in principal with only minor details to be worked out. Accordingly, we respectfully suggest that the Court reschedule the conference in thirty (30) days as a control date by which time we hope to be able to report the case has been fully resolved.

We thank the Court for its courtesy and attention to this request.

*Conference adjourned to*
*2/1/08 at 10:00 am*
*So ORDERED* [signature]

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

cc:     VIA FACSIMILE 212 885 5001
        BLANK ROME
        Attn: LeRoy Lambert, Esq.

NYDOCS1/296284.1

[signature] J S D J

1/3/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08