BLANK ROME LLP
Attorneys for Defendants
LAND AIR & SEA TRANSPORT LIMITED
HAU DAO SHIPPING (FAR EAST) LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOLDEN WAVES SHIPPING CO., INC.,

         Plaintiff,

-against-

LAND AIR & SEA TRANSPORTED LIMITED and HUA DAO SHIPPING (FAR EAST) LTD.,

         Defendants.

07 Civ. 6201 (RJH)

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel appearing specially herein for Defendants, LAND AIR & SEA TRANSPORT LIMITED and HAU DAO SHIPPING (FAR EAST) LTD. ("Defendants"), certifies that, according to information provided to counsel by its clients, Defendants are not publicly held corporations or subsidiaries or affiliates of publicly held corporations.

Dated:    New York, New York
             January 10, 2008

                                    BLANK ROME LLP
                                    Attorneys for Defendants

                                    By _____
                                    LeRoy Lambert (LL 3519)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    Tel.: (212) 885-5000

128392.00601/6604789v.1