BLANK ROME LLP
Attorneys for Defendants
LAND AIR & SEA TRANSPORT LIMITED
HAU DAO SHIPPING (FAR EAST) LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOLDEN WAVES SHIPPING CO., INC.,

                Plaintiff,

       -against-

LAND AIR & SEA TRANSPORTED
LIMITED and HUA DAO SHIPPING (FAR
EAST) LTD.,

              Defendants.

07 Civ. 6201 (RJH)


**NOTICE OF**
**RESTRICTED APPEARANCE**

---

       Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset

Forfeiture Claims, Defendants, LAND AIR & SEA TRANSPORTED LIMITED and HUA DAO

SHIPPING (FAR EAST) LTD., appear specially herein.

Dated:       New York, New York
              January 10, 2008

                                      BLANK ROME LLP
                                      Attorneys for Defendants

                              By _____
                                      LeRoy Lambert (LL 3519)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174-0208
                                      Tel.: (212) 885-5000

128392.00601/6604786v.1