UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOLDEN WAVES SHIPPING CO., INC.,
                      Plaintiff,

   - against -

LAND AIR & SEA TRANSPORT LIMITED
and HUA DAO SHIPPING (FAR EAST) LTD.,
                      Defendants.
------------------------------------------------------------x

07cv 6201 (RJH)

**STIPULATION FOR THE RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that this matter having been settled, the funds which have been restrained pursuant to the Process of Maritime Attachment and Garnishment issued by this Court dated July 3, 2007, shall be released by the garnishee banks in accordance with instructions which undersigned counsel for Defendants shall provide directly and separately to the garnishee banks; and

**IT IS FURTHER STIPULATED AND AGREED** that this action be dismissed with prejudice and without costs as to either party.

Dated: New York, New York
January 17, 2008

_____
Michael E. Unger, Esq. (MU-0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

GOLDEN WAVES SHIPPING
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

_____
LeRoy Lambert, Esq. (LL-3519)
BLANK ROME
Attorneys for Defendants
LAND AIR & SEA TRANSPORT LIMITED
HUA DAO SHIPPING (FAR EAST) LTD.
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

"SO ORDERED"

_____
Hon. Richard J. Holwell, U.S.D.J.
1-22-08

NYDOCS1/296706.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```